No. D–1271. IN RE DISBARMENT OF BAILEY. It is ordered that Michael Timothy Bailey, of Portland, Ore., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 65, Orig. TEXAS *v.* NEW MEXICO. Motion of the River Master for approval of fees and expenses granted, and the River Master is awarded $370.29 for the period January 1 through March 31, 1993, to be paid equally by the parties. [For earlier order herein, see, *e. g.,* 507 U. S. 904.]

No. 91–1523. FLORENCE COUNTY SCHOOL DISTRICT FOUR ET AL. *v.* CARTER, A MINOR, BY AND THROUGH HER FATHER AND NEXT FRIEND, CARTER. C. A. 4th Cir. [Certiorari granted, 507 U. S. 907.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 92–519. JOHNSON, SPEAKER OF THE FLORIDA HOUSE OF REPRESENTATIVES, ET AL. *v.* DE GRANDY ET AL. D. C. N. D. Fla. [Probable jurisdiction noted *sub nom. Wetherell* v. *De Grandy,* 507 U. S. 907];
No. 92–593. DE GRANDY ET AL. *v.* JOHNSON, SPEAKER OF THE FLORIDA HOUSE OF REPRESENTATIVES, ET AL. D. C. N. D. Fla. [Probable jurisdiction noted *sub nom. De Grandy* v. *Wetherell,* 507 U. S. 907]; and
No. 92–767. UNITED STATES *v.* FLORIDA ET AL. D. C. N. D. Fla. [Probable jurisdiction noted, 507 U. S. 907.] Motion of American Jewish Congress et al. for leave to file a brief as *amici curiae* in No. 92–519 granted.

No. 92–757. LANDGRAF *v.* USI FILM PRODUCTS ET AL. C. A. 5th Cir. [Certiorari granted, 507 U. S. 908]; and
No. 92–938. RIVERS ET AL. *v.* ROADWAY EXPRESS, INC. C. A. 6th Cir. [Certiorari granted, 507 U. S. 908.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of respondents for divided argument denied.